UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAUNA L. BISSON,

    Plaintiff                                                          3:19-cv-00153-JAM

V.

HERTZ CORPORATION,
VANGUARD CAR
RENTAL USA, LLC,
CAMRAC, LLC,

    Defendants

## JUDGMENT

This action came on for consideration on defendants' motions to dismiss before the Honorable Jeffrey A. Meyer, United States District Judge.   On March 25th, 2019, the Court dismissed all claims against defendant Vanguard Car Rental USA, LLC.

The Court, having reviewed all papers filed in conjunction with the motions to dismiss, entered an order on July 16, 2019 granting the motions due to the fact that the plaintiff cannot presently allege facts to establish standing.   It is therefore;

ORDERED, ADJUDGED, and DECREED that judgment shall enter in favor of the defendants, HERTZ CORPORATION and CAMRAC, LLC, and the case is closed.

Dated at New Haven, Connecticut, this 16th day of July 2019.

                                                                  ROBIN D. TABORA, Clerk

                                                                   By:  /s/ Julia Reis
                                                                   Deputy Clerk

EOD: 7/16/2019